UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHARNICE MCCORD, on behalf of herself and all others similarly situated, | )<br>)<br>) Case No. 1:20-CV-854 |
| Plaintiff, | ) |
| v. | ) |
| PRG REAL ESTATE MANAGEMENT, INC. and NEW PARK RIDGE ASSOCIATES, LLC, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASSES FOR PURPOSE OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES, AND SCHEDULING FAIRNESS HEARING**

Plaintiff Sharnice McCord ("Plaintiff"), on behalf of herself and all others similarly situated (the "Classes" as further defined below), and PRG Real Estate Management, Inc. and New Park Ridge Associates, LLC ("Defendants") (collectively referred to as "the Parties"), have entered into a Class Action Settlement and Release ("Settlement Agreement" or "Agreement"). Plaintiff now moves for an Order certifying the Classes for the purpose of settlement, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiff's counsel has consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiff's memorandum of law in support of this motion and the Declaration of Scott C. Harris attached hereto, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement doing the following:

1. Certifying the Collection Letter Settlement Class for the purpose of the proposed class action settlement;

2. Certifying the Eviction Fee Settlement Class (along with the Collection Letter Class, the "Settlement Classes") for the purpose of the proposed class action settlement;

3. Appointing Class Counsel;

4. Approving the content, form, and manner of notice proposed to be sent to all members of the Settlement Classes;

5. And scheduling a final fairness hearing.

Dated: April 26, 2021.                                  Respectfully submitted,

                                                        */s/ Scott C. Harris*
                                                        Scott C. Harris
                                                        N.C. State Bar No. 35328
                                                        Patrick M. Wallace
                                                        N.C. State Bar No. 48138
                                                        Whitfield Bryson LLP
                                                        900 West Morgan St.
                                                        Raleigh, North Carolina 27603
                                                        Telephone:919-600-5000
                                                        Fax: 919-600-5035
                                                        scott@whitfieldbryson.com
                                                        pat@whitfieldbryson.com

                                                        Edward H. Maginnis
                                                        Karl S. Gwaltney
                                                        Maginnis Law, PLLC
                                                        4801 Glenwood Avenue, Suite 310
                                                        Raleigh, North Carolina 27612
                                                        Telephone: (919) 526.0450

Fax: (919)882.8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com

*Attorneys for Plaintiff and the settlement classes*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of April, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                      */s Scott C. Harris*
                                                     Scott C. Harris
                                                     Whitfield Bryson LLP

4

Case 1:20-cv-00854-CCE-JLW   Document 33   Filed 04/26/21   Page 4 of 4